IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| IN RE FAMILY DOLLAR FLSA LITIGATION | : : : : : | MDL DOCKET NO: 3:08-MD-1932 Judge Graham C. Mullen |
| _____ | : : : : | |
| *Concerning Samuel v. Family Dollar Stores of Florida, Inc.*, No. 3:12-cv-1951 _____ | : : : : : | |

## ORDER OF APPROVAL OF JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENTS AND MOTION TO DISMISS WITH PREJUDICE

This matter is before the Court upon the Parties' request that the Court conduct an in camera review of and approve confidential Settlement Agreements and General Releases for Plaintiffs Andrea Samuel, Victoria Barkley, Alex Bell, Julissa Cepeda, Theresa Ferrell, Shirley German, Quan Glenn, Claresa Howard, and Angelica James (hereinafter "Plaintiffs"). The parties desire to settle the claims of each of the Plaintiffs and further consent to the dismissal of the claims of the Plaintiffs with prejudice.

1.    Plaintiffs have asserted claims against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"). Accordingly, this Court has reviewed and scrutinized the parties' confidential Settlement Agreements and Releases. *See Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982).

2.    Having conducted an in camera review of the Parties' confidential Settlement Agreements and Releases, the Court is satisfied that the Parties' settlement of this contested case is fair, reasonable, and in the best interest of the Plaintiffs. The Settlement Agreements and

Releases reflect a reasonable compromise of disputed issues. Plaintiffs and Defendant are represented by counsel who have protected their respective rights in this matter.

For the reasons stated above,

IT IS, THEREFORE, ORDERED that the Court APPROVES the Parties' confidential Settlement Agreements and Releases, and the claims of Andrea Samuel, Victoria Barkley, Alex Bell, Julissa Cepeda, Theresa Ferrell, Shirley German, Quan Glenn, Claresa Howard, and Angelica James are DISMISSED WITH PREJUDICE. All pending motions, petitions and matters are rendered moot.

This _____ day of _____, 2016.

_____
Senior United States District Judge